**Opinion filed May 21, 2015**



### In The

# Eleventh Court of Appeals

_____

## No. 11-15-00082-CV

_____

## FRANK R. SALINAS, Appellant

## V.

## JASON ISAAC MIRAMONTES, Appellee

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 50077**

### M E M O R A N D U M   O P I N I O N

Appellant, Frank R. Salinas, filed a notice of appeal on April 7, 2015. When the appeal was filed, the clerk of this court requested that Appellant forward the $195 filing fee on or before April 17, 2015. We notified Appellant by letter dated April 23, 2015, that the $195 filing fee was past due. In that letter, we directed Appellant to pay the filing fee on or before May 4, 2015, and informed him that the failure to

comply "**may result in dismissal of the case**."  As of this date, Appellant has not remitted the filing fee.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal.  TEX. R. APP. P. 5, 42.3.

PER CURIAM

May 21, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.